No. 230. ESTATE OF ANDERSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Marshall P. Madison, Francis R. Kirkham,* and *Sigvald Nielson* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Harry Marselli* for respondent.

No. 231. HAWAIIAN GAS PRODUCTS, LTD. *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Robbins Battell Anderson* and *Lee P. Warren* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.

No. 232. KELLEY ET AL. *v.* EVERGLADES DRAINAGE DISTRICT. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Miller Walton* for petitioners. *Messrs. John D. McCall* and *M. Lewis Hall* for respondent.

No. 233. WASHER, EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Eugene L. Garey* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *L. W. Post* for respondent.